```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE NO. 10-20994-CIV-MORENO
                              MAGISTRATE JUDGE P.A. WHITE

DANIEL K. GARCIA,             :

      Movant,                 :

v.                            :    REPORT RECOMMENDING
                                    TRANSFER OF VENUE
KENNY ATKINSON, WARDEN,       :

      Respondent.             :
_____
```

This Cause is before the Court upon a petition for writ of habeas corpus filed pursuant to 28 U.S.C. 2241, attacking a conviction entered in the United States District Court for the Northern District of Florida, Case no. 98cr49SPM, claiming actual innocence.  The motion is, in legal effect a motion to vacate, pursuant to 28 U.S.C. §2255.[1]

Such a motion must be directed to the Court which imposed the sentence.  28 U.S.C. §2255.

The Northern District may rule on the successiveness of this petition. The petitioner states in his petition that he filed a

---

[1] A motion to vacate is the proper vehicle to challenge the validity of a conviction or sentence. See 28 U.S.C. §2255. A writ of habeas corpus may only be used when the petitioner has demonstrated remedies available under §2255 are ineffective or unavailable. In this case, where the petitioner is attempting to circumvent the requirements of filing a successive motion, he has failed to made the requisite showing.  See Wofford v. Scott, 177 F.3d 1236(11 Cir. 1999).

prior motion to vacate in the Northern District of Florida, which was denied on June 12, 2002, with prejudice. He claims the Eleventh Circuit declined to issue a certificate of appealability on September 3, 2002.

It is therefore recommended that this case be transferred to the United States District Court for the Northern District of Florida, pursuant to 28 U.S.C. §1631.

Dated this 7th day of April, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Daniel Garcia, Pro Se
    Reg. No. 11116-017
    FCI-Miami
    Address of record

2